# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA DIORIO, an individual, | ) CASE NO. 1:11-CV-01569 LJO GSA |
| Plaintiff, | ) **ORDER DECLINING TO ADOPT THE PARTIES' STIPULATION** |
| v. | ) |
| COUNTY OF KERN, CA; RON RICE; ROBERT BOARDMAN; DOES 1 through 100, | ) |
| Defendants. | ) |

On June 21, 2012, the parties filed a stipulation modifying the dates set forth in this Court's scheduling order. (Doc. 11). Court has reviewed the stipulation. Fed.R.Civ.P. 16(b)(2) and (3) requires that district courts enter scheduling orders to establish deadlines for, among other things, "to file motions" and "to complete discovery." Modifications of the scheduling order requires the judge's consent and a showing of good cause. Fed. R. Civ. P. 16(b)(4).

In this case, the stipulation of the parties does not establish good cause. General statements indicating there have been scheduling conflicts with other cases is not good cause, especially when there is a request to extend all of the deadlines for six months. Therefore, the Court declines to adopt the stipulation. The deadlines and dates outlined in the scheduling conference order issued on January 5, 2012, remains in full force and effect. (Doc. 10). The parties may resubmit their request, however, the good cause standard must be met before this

1

1 Court will amend the scheduling order.

9    IT IS SO ORDERED.

10    **Dated:**   **June 22, 2012**                    **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE