THERESA A. GOLDNER, COUNTY COUNSEL
COUNTY OF KERN, STATE OF CALIFORNIA
By Judith Denny, Deputy (Bar # 200001)
Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Telephone:  (661) 868-3800

Attorney for Defendants,
COUNTY OF KERN, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA DIORIO, an individual,<br><br>            Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, CA; RON RICE; ROBERT BOARDMAN; DOES 1 through 100,<br><br>            Defendants. | CASE NO. 1:11-CV-01569 LJO GSA<br><br>**ORDER RE: STIPULATION OF THE PARTIES REGARDING A CONTINUANCE OF DISCOVERY AND ALL SUBSEQUENT DATES, AND PROPOSED ORDER** |

**COME NOW**, the Parties herein, by and through their respective counsel of record: Randy Rumph, Attorney at Law, for plaintiff Amanda Diorio and Judith M. Denny, Deputy County Counsel, for Defendants County of Kern, Ron Rice and Robert Boardman (hereinafter collectively "County Defendants"), with the authority of their respective clients, agree as follows:

1.      The Parties have met and conferred regarding various issues regarding discovery in this matter in an effort to informally resolve the issues.

2.      The Parties have been unable to complete discovery, due to the in ability to complete their investigations and complete the multiple depositions of plaintiff's witnesses and of defendants and their witnesses before the pending non-expert discovery cutoff.

3.      The joint scheduling conference was held on January 3, 2012.

4.      The parties have engaged in the exchange of written discovery consisting of

1

the initial Rule 26 disclosures in February and March, 2012. Thereafter, in or around March 2012, several cases were reassigned due to a significant reduction of attorneys [five] in the County Counsel's Office, and this case was transferred for handling from Mark L. Nations to Judith M. Denny.

5. In her initial Rule 26 disclosure, Plaintiff has identified, in addition to herself, eleven (11) other witnesses having information relevant to her claims. Plaintiff has recently learned of another witness she may use and her counsel has indicated the initial disclosure will be amended to include the witness.

6. Defendants have identified seven (7) witnesses in their initial Rule 26 disclosure. However, after conducting investigation, defendants have determined there are approximately eight (8) additional persons believed to have relevant information that they may use in support of their defenses. Defendants still have some investigation to complete, with respect to the potential witnesses, but also intend to amend their initial disclosure to add the additional eight (8) witnesses. Defendants have also learned that many of the witnesses disclosed by plaintiff, as well as some of those that have been or will be disclosed by defendants no longer reside or work locally and they must be located.

7. Regretfully, the parties have not been able to comply with the discovery deadlines, set forth in the Court's scheduling conference order of January 5, 2012.

8. Counsel for the parties have met and conferred, and believe that due to the amount of discovery, particularly depositions to be done, not only do the parties need significant additional time to complete the discovery, but believe that the subsequent deadlines through the trial date also need to be extended, although by some lesser amount of time, in order to fully prepare for resolution of the case.

9. Based upon the foregoing, good cause exists for a six (6) month continuance of the expert and non-expert discovery cut-off dates; and for a (4) month continuance of all subsequent dates, including the trial date.

10. In light of the foregoing, the Parties hereby stipulate that good cause exists to modify the operative case management scheduling order [D.t. Doc. 21] as follows:

1    •   Non-expert discovery cut-off be postponed from July 13, 2012, to January 11, 2013

2    •   Expert disclosure be postponed from July 20, 2012, to January 18, 2013

3    •   Supplemental expert disclosure be postponed from August 3, 2012, to Feburary 1, 2013

4

5    •   Expert discovery cut-off be postponed from September 7, 2012, to March 8, 2013

6    •   Non-dispositive / Dispositive motion filing deadline be postponed from September 19, 2012, to January 18, 2013

7    •   Non-dispositive / Dispositive motion hearing deadline be postponed from November 2, 2012, to March 1, 2013

8

9    •   Pretrial conference be postponed from December 4, 2012, to April 2, 2013

10    •   Trial be postponed from February 5, 2013, to June 4, 2013

11    The parties all understand and agree that the proposed new dates are subject to

12 modification by the court.

13    **IT IS HEREBY STIPULATED**.

14

15

16 Dated: July 24, 2012                                 THERESA A. GOLDNER, COUNTY COUNSEL

17                                                             By    / s /Judith M. Denny
                                                                           Judith M. Denny, Deputy

18                                                                           Attorneys for Defendants County of Kern,
                                                                          Robert Boardman and Ron Rice

19

20 Dated: July 24, 2012

21                                                              By     / s / Randall Martin Rumph
                                                                          Randall Martin Rumph

22                                                                           Attorney for Plaintiff Amanda Diorio

23 ///

24 ///

25 ///

26 ///

27 ///

28

Stipulation to modify scheduling conference order dates

**ORDER**

Pursuant to the Stipulation of the Parties, and Good Cause appearing therefor, the proposed stipulated dates and deadlines listed above are hereby adopted in full. Counsel are advised that the pretrial conference on April 2, 2013 will begin at 8:15 am. The trial on June 4, 2013 will begin at 8:30 am. The pretrial conference and the trial will be held before the Honorable Lawrence J. O'Neill. All other orders contained in the scheduling conference order dated January 5, 2012 remain in full force and effect.

IT IS SO ORDERED.

**Dated:** **July 27, 2012**                     **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE

Stipulation to modify scheduling conference order dates