**FILED**

JUN 10 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

By: 
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

AMANDA DIORIO,

       Plaintiff,

vs.

COUNTY OF KERN, et al,

       Defendants.
_____/

**JUDGMENT IN A CIVIL ACTION**

CV-F-11-01569-SAB

       JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

       IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF DEFENDANTS COUNTY OF KERN, and ROBERT BOARDMAN and against PLAINTIFF AMANDA DIORIO.

DATED:  June 10, 2013

MARIANNE MATHERLY, Clerk

By: _____
     Deputy Clerk