

FILED

JUN 1 0 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____
DEPUTY CLERK

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

AMANDA DIORIO,

        Plaintiff,

                                **JUDGMENT IN A CIVIL ACTION**

vs.

                                CV-F-11-01569-SAB

COUNTY OF KERN, et al,

        Defendants.

_____/

        JURY VERDICT:   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

        IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF DEFENDANTS COUNTY OF KERN, and ROBERT BOARDMAN and against PLAINTIFF AMANDA DIORIO.

DATED:   June 10, 2013

                            MARIANNE MATHERLY, Clerk

                          By:
                                        Deputy Clerk